**STATE OF INDIANA**

**IN THE United States District Court for the Northern District of Indiana – South Bend Division**

**CASE NO.:  3:26 cv 702**

**John Bricker**
Plaintiff,

v.

**Chris Redlarczyk**

**-and-**

**Redlarczyk Properties, LLC**

Defendant.

FILED – JUN 22, 2026 – PM12:47
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta – Clerk

**MOTION FOR EXTENSION OF TIME**

Chris Redlarczyk "Pro Se", respectfully moves the Court for an extension of time in which to retain Legal counsel. In support of this motion, the undersigned affirms, subject to the penalties for perjury, that the following is true:

1. The current deadline to motion current Civil Case is June 22, 2026 – 21 days after receiving notification of the Civil Case.

2. The undersigned is requesting an extension of 60 (Sixty) days, which would move the deadline to August 21, 2026.

3. This extension is necessary because I need to retain Legal counsel that is available to represent me in this case.  Attempts to retain counsel have been made but was told that someone would get back to us in a few days.  Attempted to contact another firm, but received the similar response. This has postponed the process of putting someone on retainer.

4. This request is not made for the purpose of delay.

5. The granting of this motion will not result in undue prejudice to any party.

6. Counsel has notified the opposing counsel via email on June, 18, 2026 at 3:30pm. Opposing counsel has not responded to this extension at this point.

WHEREFORE, Chris Redlarczyk "Pro Se" respectfully requests that the Court enter an Order granting this motion and extending the deadline to August 21, 2026.

Respectfully submitted,

June 18, 2026

Signature:                                                    Date:

Chris Redlarczyk
219.405.2457
Chris@freezingsystems.com

Address: 107 Freyer Road, Michigan City IN 46360