**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

JOHN BRICKER,
Plaintiff,

v. Case No. 3:26-cv-00702

-FILED-
JUN 22 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

WEICHERT REAL ESTATE AFFILIATES, INC.;
WEICHERT OF NORTH AMERICA, INC.;
MARY P. WELTY-MEYER, individually;
DUNEGRASS PROPERTIES, INC. d/b/a
WEICHERT REALTORS – MERRION GROUP;
CHRIS REDLARCZYK, individually; and
REDLARCZYK PROPERTIES, LLC,
Defendants.

## PLAINTIFF'S CONSOLIDATED PROOF OF SERVICE

Plaintiff John Bricker, proceeding pro se, hereby files this Consolidated Proof of Service pursuant to Fed. R. Civ. P. 4(l) and states that service of process has been completed upon all six Defendants in this action as follows:

### I. SERVICE UPON MARY P. WELTY-MEYER, Individually, and DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP

On or about May 27, 2026, Plaintiff caused to be served upon Defendant Mary P. Welty-Meyer, individually, and upon Defendant Dunegrass Properties, Inc. d/b/a Weichert Realtors – Merrion Group (Mary P. Welty-Meyer, Registered Agent), a true and correct copy of the Summons and Complaint, by certified mail, return receipt requested, addressed to:

Mary P. Welty-Meyer
1010 N. Karwick Road
Michigan City, IN 46360

Delivery was confirmed on June 1, 2026, as evidenced by the United States Postal Service Domestic Return Receipt (PS Form 3811) attached hereto as Exhibit A. The return receipt bears an illegible signature, which does not affect the validity of service; delivery to the correct address constitutes completed service under Fed. R. Civ. P. 4(e)(1) and 4(h)(1)(B). See, e.g., Henderson v. United States, 517 U.S. 654, 672 (1996).

### II. SERVICE UPON CHRIS REDLARCZYK, Individually, and REDLARCZYK PROPERTIES, LLC

On or about May 27, 2026, Plaintiff caused to be served upon Defendant Chris Redlarczyk, individually, and upon Defendant Redlarczyk Properties, LLC (Chris Redlarczyk, Registered Agent), a true and correct copy of the Summons and Complaint, by certified mail, return receipt requested, addressed to:

Chris Redlarczyk
107 Freyer Road
Michigan City, IN 46360

Delivery was confirmed on June 1, 2026, as evidenced by the United States Postal Service Domestic Return Receipt (PS Form 3811) attached hereto as Exhibit B. The return receipt bears an illegible signature, which does not affect the validity of service; delivery to the correct address constitutes completed service under Fed. R. Civ. P. 4(e)(1) and 4(h)(1)(B).

## III. SERVICE UPON WEICHERT REAL ESTATE AFFILIATES, INC.

On or about May 27, 2026, Plaintiff caused to be served upon Defendant Weichert Real Estate Affiliates, Inc., through its registered agent Corporation Service Company, a true and correct copy of the Summons and Complaint, by certified mail, return receipt requested, addressed to:

Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Delivery was confirmed on June 2, 2026, as evidenced by the United States Postal Service Domestic Return Receipt (PS Form 3811) attached hereto as Exhibit C. The return receipt was signed by Ryan MacArthur. Service upon Weichert Real Estate Affiliates, Inc. through its registered agent is thereby complete. Fed. R. Civ. P. 4(h)(1)(B).

## IV. SERVICE UPON WEICHERT OF NORTH AMERICA, INC.

On or about May 27, 2026, Plaintiff caused to be served upon Defendant Weichert of North America, Inc., through its registered agent Corporation Service Company, a true and correct copy of the Summons and Complaint, by certified mail, return receipt requested, addressed to:

Corporation Service Company
135 N. Pennsylvania Street, Suite 1600
Indianapolis, IN 46204

Delivery was confirmed on June 2, 2026, as evidenced by the United States Postal Service Domestic Return Receipt (PS Form 3811) attached hereto as Exhibit D. The return receipt was signed by Mary Coleman. Service upon Weichert of North America, Inc. through its registered agent is thereby complete. Fed. R. Civ. P. 4(h)(1)(B).

## V. CONCLUSION

Service of process is now complete as to all six Defendants in this action. Copies of all four return receipt cards (Exhibits A through D) are attached hereto.

Respectfully submitted,

John Bricker, Pro Se
P.O. Box 144
New Buffalo, MI 49117

Date: June 10, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I filed the foregoing Proof of Service with the Clerk of the United States District Court for the Northern District of Indiana, South Bend Division, by delivering a true and correct copy to the Clerk's office. As no Defendant has yet appeared through counsel, service on opposing counsel is not yet required.

John Bricker, Pro Se

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WEICHERT OF NORTH AMERICA
C/O CSC, 135 N. PENNSYLVANIA ST
SUITE 1600
INDIANAPOLIS, INDIANA 46204

9590 9402 0092 6058 4092 38

2. Article Number *(Transfer from service label)*

0710 5270 1417 4032 38

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Mary Coleman ☐ Agent ☐ Addressee

Mary Coleman

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN 02 2026

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WEICHERT REAL ESTATE AFFILIATES
C/O CSC, 251 LITTLE FALLS DRIVE,
WILMINGTON DE. 19808

9590 9402 0092 6058 4092 45

2. Article Number *(Transfer from service label)*

9589 0710 5270 1417 4031 08

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Ryan MacArthur ☐ A ☐ A

B. Received by *(Printed Name)* C. Date of

D. Is delivery address different from item 1? ☐ Y
If YES, enter delivery address below: ☐ N

MARSHALLTON POST OFFICE
JUN - 2 2026
WILMINGTON, DELAWARE 19804

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail E
☐ Registered M
☐ Registered M Delivery
☐ Signature Co
☐ Signature Co Restricted D

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Retu

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rodlovczyk Properties
107 Freyer Rd
Michigan City In 46360

9590 9402 0092 6058 4092 21

2. Article Number *(Transfer from service label)*

89 0710 5270 1417 4032 21

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* ST C. Date of Delivery 6/1/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary P. Welty Meyer
1010 W Karwick Rd
Michigan City In 46360

9590 9402 0092 6058 4092 14

2. Article Number *(Transfer from service label)*

89 0710 5270 1417 4032 45

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ ☐

B. Received by *(Printed Name)* C. Date 6

D. Is delivery address different from item 1? ☐
If YES, enter delivery address below: ☐

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mai
☐ Registered
☐ Registered Delivery
☐ Signature C
☐ Signature C Restricted

PS Form 3811, July 2020 PSN 7530-02-000-9053 45 Domestic Ret

USPS TRACKING #

9590 9402 0092 6058 4092 38

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JOHN BRICKER
P.O. BOX 144
NEW BUFFALO, MI 49117

17

USPS TRACKING #

9590 9402 0092 6058 4092 45

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JOHN BRICKER
P.O. BOX 144
NEW BUFFALO, MI 49117

7

USPS TRACKING #

9590 9402 0092 6058 4092 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JOHN BRICKER
P.O. BOX 144
NEW BUFFALO, MI 49117

17

7-014444

USPS TRACKING #

9590 9402 0092 6058 4092 14

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JOHN BRICKER
P.O. BOX 144
NEW BUFFALO, MI 49117

7

17-014444

JOHN BRICKER
P.O. BOX 144
NEW BUFFALO, MI 49117

GRAND RAPIDS MI 493
15 JUN 2026 PM 1 L

Freedom 250

UNITED STATES OF AMERICA
FOREVER/USA

Clerk of Court
United States District Court
Northern District of Indiana
Robert A. Grant Federal Bldg
204 South Main Street
South Bend, Indiana 46601

46601-219499