## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 8, 2026, a true and correct copy of the foregoing document was served to all counsel of record by the CM/ECF System, by U.S. Mail, postage prepaid, or other acceptable means of service, as follows:

John Bricker
PO Box 144
New Buffalo, MI 49117
octovent@fastmail.fm
*Pro Se Plaintiff*

Chris Redlarczyk
107 Freyer Road
Michigan City, IN 46360
chris@freezingsystems.com
*Defendant*

*/s/ Mark C. Correll*
Mark C. Correll
Law Offices of The Hanover Insurance Group Inc.
9229 Delegates Row, Suite 100
Indianapolis, IN 46240
317-208-5804
mcorrell@hanover.com