AO 398 (Rev. 1/09) (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

John Bricker

─────────────────────────────

**Plaintiff,**

      v.        Case Number  3:26−cv−00702−DRL−SJF

Weichert Real Estate Affiliates Inc, et al.

─────────────────────────────

**Defendant.**

# NOTICE OF A LAWSUIT
# AND
# REQUEST TO WAIVE SERVICE OF SUMMONS

To: Dunegrass Properties, Inc., Weichert Real Estate Affiliates, Inc., Weichert of North America, Inc., and Mary P. Welty−Meyer

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in the United States District Court for the Northern District of Indiana under the case number shown above. A copy of the complaint is attached.

The plaintiff in this case has been granted leave to proceed in forma pauperis and pursuant to 28 U.S.C. § 1915(d), the court is required to serve you with a summons unless you waive formal service. *See Petrowski v. Hawkeye−Sec. Ins. Co.*, 350 U.S. 495, 496 (1956) (recognizing that a defendant can waive service of process).

**What happens next?**

If you sign and file the waiver, this case will proceed as if you had been served on the date the waiver is filed. You will then have until September 20, 2026 to respond to the complaint.

If you do not return the signed waiver by August 21, 2026, the court will order the United States Marshals Service to effect service of process on you.

Date:＿＿＿July 22, 2026＿＿＿＿   *CHANDA J. BERTA*
              *CLERK OF COURT*

           ＿＿＿＿＿＿s/ Jacqueline D Barboza＿＿＿＿＿
            *Signature of Clerk or Deputy Clerk*

AO 399 (Rev. 1/09) (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

John Bricker
_____

**Plaintiff,**

      v.                        Case Number  3:26–cv–00702–DRL–SJF

Weichert Real Estate Affiliates Inc, et al.
_____

**Defendant.**

# WAIVER OF SERVICE OF SUMMONS


      I, or the entity I represent, agree to waive formal service of a summons.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

      I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 by September 20, 2026. If I fail to do so, a default judgment may be entered against me or the entity I represent.


Date: _____        _____

                                                 *Signature of the attorney or unrepresented party*

_____    _____

*Printed name of party waiving service of summons*  *Printed name of the signer*



                                                 _____

                                               *Address*

                                               _____

                                               *E–mail address*

                                               _____

                                               *Telephone number*