IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

JOHN BRICKER,

      Plaintiff,

    v.                      Cause No. 3:26-cv-00702-DRL-SJF

WEICHERT REAL ESTATE AFFILIATES, INC., et al.,

      Defendants.

**CERTIFICATE OF SERVICE**

I, John Bricker, certify that on the _14th day of  July, 2026, I served a true and complete copy of Plaintiff's First Amended Complaint, together with Exhibits A through N, as follows:

1. Upon Defendants Weichert Real Estate Affiliates, Inc., Weichert of North America, Inc., Mary P. Welty-Meyer, and Dunegrass Properties, Inc., through their attorney of record,Law Offices of The Hanover Insurance Group, Inc. Mr. Correll, via the Court's CM/ECF electronic filing system

2.  Upon Defendant Chris Redlarczyk, individually, and Defendant Redlarczyk Properties, LLC (by service upon Chris Redlarczyk, its registered agent), by United States mail, first-class postage prepaid, addressed to 107 Freyer Road, Michigan City, Indiana 46360.

I declare under penalty of perjury that the foregoing is true and correct.

Dated July 14, 2026

/S/ John Bricker

John Bricker, Pro Se Plaintiff
P.O. Box 144, New Buffalo, Michigan 49117
(269) 612-8946 | octovent@fastmail.fm

JOHN BRICKER
P.O. BOX 144
NEW BUFFALO, MI 49117

GRAND RAPIDS MI   493
15 JUL 2026   PM 4  L



UNITED STATES
OF AMERICA
FOREVER/USA

JUL 14 2026

USPS

Clerk of Court
United States District Court
Northern District of Indiana
Robert A. Grant Federal Bldg
204 South Main Street
South Bend, Indiana 46601

46601-219499