UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

|  |  |
|---|---|
| JOHN BRICKER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CAUSE NO. 3:26-cv-00702-DRL-SJF |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, INDIVIDUALLY DUNEGRASS PROPERTIES INC. D/B/A WEICHERT REALTORS - MERRION GROUP; CHRIS REDLARCZYK, INDIVIDUALLY, AND REDLARCZYK PROPERTIES, LLC, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION TO OPPOSE PLAINTIFF'S AMENDED COMPLAINT**

Comes now Defendants, Dunegrass Properties Inc. dba Weichert Realtors Merrion Group, Mary P. Welty-Meyer, Weichert Real Estate Affiliates Inc. and Weichert North America, Inc., and files their Motion to Oppose Plaintiff's Amended Complaint.  In support thereof, Defendants Dunegrass Properties Inc. dba Weichert Realtors Merrion Group, Mary P. Welty-Meyer, Weichert Real Estate Affiliates Inc. and Weichert North America, Inc. state as follows:

1. On May 21, 2026, pro se Plaintiff filed a frivolous lawsuit under the above titled case and cause number.

2. On June 12, 2026, this Court, of its own volition, DISMISSED Plaintiff's Complaint frivolous claim, citing caselaw giving District Judges "ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense."  Rowe v Shake, 196 F.3d 778, 783 (7th Cir. 1999).

3. Additionally, in its Order, this Court addressed the lack of clear information from Plaintiff regarding the parties named and thus possible lack of Subject Matter Jurisdiction.

4. On July 6, 2026, Plaintiff filed an Amended Complaint for Damages, without filing a Motion to Amend his Complaint.

5. Plaintiff's Amended Complaints failed to move this Court to Amend his Complaint and the Amended Complaint itself failed to cure the ills addressed by this Court in its Order from June 12, 2026.

Wherefore, Defendants Dunegrass Properties Inc. dba Weichert Realtors Merrion Group, Mary P. Welty-Meyer, Weichert Real Estate Affiliates Inc. and Weichert North America, Inc. respectfully request that this Court not deem Plaintiff's frivolous First Amended Complaint to be in Compliance and thus, per this Court's Order on June 12, 2026, this Cause Number remains dismissed.

Respectfully submitted,

Mark C. Correll, #24836-49 IN
Attorney for Defendants, Dunegrass Properties Inc.
dba Weichert Realtors Merrion Group, Mary P.
Welty-Meyer, Weichert Real Estate Affiliates Inc.
and Weichert North America, Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 11, 2026 a true and correct copy of the foregoing document was served to all counsel of record by the CM/ECF System:

John Bricker                                  Chris Redlarczyk
*Pro Se Plaintiff*                            *Defendant*


/s/ Mark C. Correll
Mark C. Correll
Law Offices of The Hanover Insurance Group Inc.
9229 Delegates Row, Suite 100
Indianapolis, IN 46240
317-208-5804
mcorrell@hanover.com