UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

|  |  |  |
|---|---|---|
| JOHN BRICKER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO. 3:26-cv-00702-DRL-SJF |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, INDIVIDUALLY DUNEGRASS PROPERTIES INC. D/B/A WEICHERT REALTORS - MERRION GROUP; CHRIS REDLARCZYK, INDIVIDUALLY, AND REDLARCZYK PROPERTIES, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ON DEFENDANTS' MOTION TO OPPOSE
## PLAINTIFF'S AMENDED COMPLAINT

Plaintiff, having filed his First Amended Complaint, and Defendants, filing their Motion to Oppose Plaintiff's Amended Complaint and:

This Court, having reviewed all, finds that Plaintiff has not complied with this Court's Order from June 12, 2026 and thus this Cause Number remains dismissed.

SO ORDERED this _____ day of _____, 2026.

_____
JUDGE, United States District Court

Distribution:

Parties of Record