UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

|  |  |  |
|---|---|---|
| JOHN BRICKER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO. 3:26-cv-00702-DRL-SJF |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, INDIVIDUALLY DUNEGRASS PROPERTIES INC. D/B/A WEICHERT REALTORS - MERRION GROUP; CHRIS REDLARCZYK, INDIVIDUALLY, AND REDLARCZYK PROPERTIES, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES**

Defendants Dunegrass Properties Ind. d/b/a Weichert Realtors Merrion Group, Mary P. Welty-Meyer, Weichert Real Estate Affiliates, Inc., and Weichert North America, Inc. (collectively, "Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 6(b), respectfully move the Court for an extension of time in which to answer or otherwise respond to Plaintiff's First Amended Complaint and state as follows:

1. Plaintiff filed her First Amended Complaint in this action on July 22, 2026.

2. Defendants' response to the First Amended Complaint is presently due pursuant to the Federal Rules of Civil Procedure.

3. Defendants require additional time to investigate Plaintiff's allegations, review the claims asserted in the First Amended Complaint, gather pertinent information from their clients, and prepare an appropriate response.

1

4. Defendants request an extension of thirty (30) days from the date of this Motion, up to and including September 10, 2026, within which to answer or otherwise respond to Plaintiff's First Amended Complaint.

5. This request is made in good faith and not for purposes of delay.

6. The requested extension will not unfairly prejudice Plaintiff or unduly delay these proceedings.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint through and including September 10, 2026, and for all other just and proper relief.

Respectfully submitted,


*/s/ Mark C. Correll*
Mark C. Correll, #24836-49 IN
*Attorney for Defendants Dunegrass Properties Ind.*
*d/b/a Weichert Realtors Merrion Group, Mary P.*
*Welty-Meyer, Weichert Real Estate Affiliates, Inc.,*
*and Weichert North America, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 11, 2026, a true and correct copy of the foregoing document was served to all counsel of record by the CM/ECF System, by U.S. Mail, postage prepaid, or other acceptable means of service, as follows:

John Bricker                          Chris Redlarczyk
PO Box 144                            107 Freyer Road
New Buffalo, MI 49117                 Michigan City, IN 46360
octovent@fastmail.fm                  chris@freezingsystems.com
*Pro Se Plaintiff*                    *Defendant*


                                      */s/ Mark C. Correll*
                                      Mark C. Correll
Law Offices of The Hanover Insurance Group Inc.
9229 Delegates Row, Suite 100
Indianapolis, IN 46240
317-208-5804
mcorrell@hanover.com