UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

|  |  |  |
|---|---|---|
| JOHN BRICKER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO. 3:26-cv-00702-DRL-SJF |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, INDIVIDUALLY DUNEGRASS PROPERTIES INC. D/B/A WEICHERT REALTORS - MERRION GROUP; CHRIS REDLARCZYK, INDIVIDUALLY, AND REDLARCZYK PROPERTIES, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER EXTENDING TIME TO ANSWER

This matter having come before the Court on Defendants' Motion for Extension of Time to Answer Plaintiff's First Amended Complaint, and the Court being duly advised, now GRANTS the Motion.

Defendants Dunegrass Properties Ind. d/b/a Weichert Realtors Merrion Group, Mary P. Welty-Meyer, Weichert Real Estate Affiliates, Inc., and Weichert North America, Inc. shall have up to and including September 10, 2026, to answer or otherwise respond to Plaintiff's First Amended Complaint.

SO ORDERED.

DATE:_____          _____

*Judge, Damon R. Leichty*
*United States District Court*

DISTRIBUTION:
Parties of Record

4