**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| JOHN BRICKER,<br><br>Plaintiff,<br><br>v.<br><br>WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC.<br><br>Defendants. | Civil Action No: 3:26-cv-00702-DRL-SJF |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1 and N.D. Ind. General Order 2023-06, Chris Redlarczyk states as follows:

1. Chris Redlarczyk, whose full legal name is Christopher James Redlarczyk, is an individual who is a citizen of the United States and a resident of the State of Indiana.

Dated: August 21, 2026.

**NEWBY, LEWIS, KAMINSKI & JONES, LLP**

By: */s/ Mark J. Roule*

Mark J. Roule, #23726-46
Attorney for Defendant,
Redlarczyk Properties, LLC
916 Lincolnway
La Porte, IN 46350
Ph: (219) 362-1577
mjroule@nlkj.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JOHN BRICKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No: 3:26-cv-00702-DRL-SJF |
| v. | ) | |
| | ) | |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of August, 2026, I electronically filed a complete copy of the Defendant, Chris Redlarczyk's Disclosure Statement through the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, a copy of same was mailed to Plaintiff John Bricker, *pro se*, by U.S. Mail, postage prepaid, to:

John Bricker
P.O. Box 144
New Buffalo, MI 49917.

/s/ Mark J. Roule

Mark J. Roule, #23726-46