AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| John Bricker<br>*Plaintiff*<br>v.<br>WEICHERT REAL ESTATE AFFILIATES, INC., et.al<br>*Defendant* | ) | Case No. 3:26-cv-00702-DRL-SJF |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDLARCZYK PROPERTIES, LLC. .

Date: 07/21/2026

/s/ Mark J. Roule
*Attorney's signature*

Mark J. Roule, 23726-46
*Printed name and bar number*

916 Lincolnway
La Porte, IN 46350
*Address*

mjroule@nlkj.com
*E-mail address*

(219) 362-1577
*Telephone number*

(219) 362-2106
*FAX number*