**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| JOHN BRICKER,<br><br>Plaintiff,<br><br>v.<br><br>WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC.<br><br>Defendants. | ) Civil Action No: 3:26-cv-00702-DRL-SJF |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1 and N.D. Ind. General Order 2023-06, Redlarczyk Properties, LLC states as follows:

1. Redlarczyk Properties, LLC (hereinafter "Redlarczyk Properties") is an Indiana-formed limited-liability company whose membership consists of one individual, Christopher James Redlarczyk, who is a citizen of the United States and a resident of the State of Indiana.

2. No parent corporation or publicly held corporation holds any interest in Redlarczyk Properties. Redlarczyk Properties carries general liability insurance through Cincinnati Insurance Company; Presently, Redlarczyk Properties has not confirmed whether coverage will exist for the claims alleged herein. This information will be provided in a subsequent disclosure once obtained.

3. Per N.D. Ind General Order 2023-06, §1(c), Redlarczyk Properties, LLC advises that the basis for federal jurisdiction alleged by Plaintiff herein is that the parties are citizens of different states and that the amount in controversy exceeds $75,000, exclusive of fees and costs. Defendant Redlarczyk Properties does not concede that there is a basis for federal jurisdiction.

4. Redlarczyk Properties, LLC is not aware of any other disclosures required under N.D. General Order 2023-06.

Dated: August 21, 2026.

**NEWBY, LEWIS, KAMINSKI & JONES, LLP**

By: */s/ Mark J. Roule*
Mark J. Roule, #23726-46
Attorney for Defendant,
Redlarczyk Properties, LLC
916 Lincolnway
La Porte, IN 46350
Ph: (219) 362-1577
mjroule@nlkj.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JOHN BRICKER,<br><br>Plaintiff,<br><br>v.<br><br>WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC.<br><br>Defendants. | ) | Civil Action No: 3:26-cv-00702-DRL-SJF |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 21st day of August, 2026, I electronically filed a complete copy of the Defendant, Redlarczyk Properties, LLC's Disclosure Statement through the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, a copy of same was mailed to Plaintiff John Bricker, *pro se*, by U.S. Mail, postage prepaid, to:

John Bricker
P.O. Box 144
New Buffalo, MI 49917.

/s/ <u>Mark J. Roule</u>

Mark J. Roule, #23726-46