IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN BRICKER,<br><br>Plaintiff,<br><br>v.<br><br>WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC.<br><br>Defendants. | Civil Action No: 3:26-cv-00702-DRL-SJF |

**JOINT JURISDICTIONAL STATEMENT**

Plaintiff John Bricker ("Plaintiff"), *pro* se, and Defendant Redlarczyk Properties, LLC (hereinafter "Defendant"), by counsel, Mark J. Roule of Newby, Lewis, Kaminski & Jones, LLP file this Joint Disclosure Statement pursuant to the Court's ORDER dated July 20, 2026, stating as follows:

1. **Jurisdiction:** The Plaintiff alleges subject-matter jurisdiction under 28 U.S.C. § 1332(a) because the action is between citizens of different States and the amount in controversy exceeds $75,000, exclusive of interest and costs.

2. **Citizenship of Plaintiff:** Plaintiff is an individual who is domiciled within the State of Michigan.

3. **Citizenship of Defendant:** Defendant is a limited liability company organized under the laws of the State of Indiana, with its principal place of business in LaPorte County, Indiana. Defendant's membership consists of one (1) natural person, Christopher Redlarczyk, who is domiciled within the State of Indiana. There are no other members of the LLC, either presently or as of the date of the filing of the Complaint.

4. **Amount in Controversy:** Plaintiff pleads a claim for damages that exceeds the sum or value of $75,000, exclusive of interest and costs; Defendant disagrees that the amount in controversy requirement is satisfied and that diversity jurisdiction exists.

**WHEREFORE**, Plaintiff John Bricker and Defendant Redlarczyk Properties LLC respectfully request that the Court accept the filing of this Joint Jurisdictional Statement, submitted pursuant to the Court's ORDER dated July 20, 2026.

**NEWBY, LEWIS, KAMINSKI & JONES, LLP**

By: */s/ John Bricker*______________
John Bricker
Plaintiff, *pro se*
PO Box 144
New Buffalo, MI 49117
octovent@fastmail.fm

By: */s/ Mark J. Roule*_____
Mark J. Roule, #23726-46
Attorney for Defendant
Redlarczyk Properties LLC
916 Lincolnway
La Porte, IN 46350
Ph: (219) 362-1577
mjroule@nlkj.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN BRICKER, Plaintiff, | ) |
| v. | ) Civil Action No: 3:26-cv-00702-DRL-SJF |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC. Defendants. | ) |

**CERTIFICATE OF SERVICE**

I CERTIFY that I have on this 2nd day of September, 2026, served a copy of the foregoing Joint Jurisdictional Statement and this Proof of Service with the Clerk of the Court CM/ECT to the following counsel for the Co-Defendants at:

Mark C. Correll #24836-49
9229 Delegates Row, Suite 100
Indianapolis, IN 46240
mcorrell@hanover.com

Dated this 2nd day of September, 2026.

/s/ Mark J. Roule
Mark J. Roule, #23726-46