UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN BRICKER,<br><br>Plaintiff,<br><br>v.<br><br>WEICHERT REAL ESTATE AFFILIATES, INC. *et al.*,<br><br>Defendants. | CAUSE NO. 3:26cv702 DRL-SJF |

ORDER

The court ordered Dunegrass Properties Inc. to file a corporate disclosure statement under both Rule 7.1 and General Order 2023-06 by August 27, 2026. Dunegrass has not done so, though it filed an answer to the amended complaint on September 2, 2026. Accordingly, the court ORDERS Dunegrass to show cause by September 8, 2026 why it should not be sanctioned for failure to comply with the court's order.

SO ORDERED.

September 3, 2026

*s/ Damon R. Leichty*
Judge, United States District Court