UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN BRICKER,

Plaintiff,

v.

WEICHERT REAL ESTATE AFFILIATES, INC.;
WEICHERT OF NORTH AMERICA, INC.;
MARY P. WELTY-MEYER, INDIVIDUALLY
DUNEGRASS PROPERTIES INC. D/B/A
WEICHERT REALTORS - MERRION GROUP;
CHRIS REDLARCZYK, INDIVIDUALLY, AND
REDLARCZYK PROPERTIES, LLC,

Defendants.

CAUSE NO. 3:26-cv-00702-DRL-SJF

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendants Dunegrass Properties, Inc. d/b/a Weichert Realtors, Merrion Group, Mary P. Welty-Meyer, Weichert Real Estate Affiliates, Inc., and Weichert North America, Inc., by counsel, submit this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and state as follows:

1. Defendant Weichert Real Estate Affiliates, Inc. is a Delaware corporation incorporated in June, 2001. It conducts business under the names "WEICHERT®" and "WEICHERT, REALTORS®." Its principal business address is 225 Littleton Road, Morris Plains, New Jersey 07950.

2. Defendant Weichert of North America, Inc. is a Delaware foreign for-profit corporation authorized to transact business in Indiana. Its principal office address is 1625 State Route 10, Morris Plains, New Jersey 07950. It has conducted business in Indiana under the assumed names "Weichert of Indiana" and "Weichert, Realtors."

3. Defendant Mary P. Welty-Meyer is a natural person domiciled in the State of Indiana. Ms. Welty-Meyer is the Principal Broker and Owner of Dunegrass Properties, Inc.

4. Defendant Dunegrass Properties, Inc. is an Indiana domestic for-profit corporation with its principal office located at 1010 N. Karwick Road, Michigan City, Indiana 46360. Dunegrass Properties, Inc. conducts business under the assumed name "Weichert Realtors, Merrion Group."

5. Dunegrass Properties, Inc. operates as an independently owned and operated franchisee of Weichert Real Estate Affiliates, Inc. pursuant to a franchise agreement that authorizes Dunegrass Properties, Inc. to use the WEICHERT® and WEICHERT, REALTORS® trade names, trademarks, marketing materials, and related branding in connection with its real estate brokerage operations.

6. Dunegrass Properties, Inc. is a separate and distinct legal entity from Weichert Real Estate Affiliates, Inc. and Weichert of North America, Inc. Dunegrass Properties, Inc. is not a parent corporation, subsidiary, wholly-owned affiliate, or publicly held owner of either Weichert Real Estate Affiliates, Inc. or Weichert of North America, Inc., and its affiliation with those entities arises solely from the franchise relationship described above.

7. To the extent this action is based upon diversity jurisdiction under 28 U.S.C. §1332, Defendants will supplement this disclosure statement with any citizenship information required by Rule 7.1(a)(2).

Respectfully submitted,

*/s/ Mark C. Correll*

Mark C. Correll, #24836-49 IN
*Attorney for Defendants, Dunegrass Properties Inc. dba Weichert Realtors, Merrion Group, Mary P. Welty-Meyer, Weichert Real Estate Affiliates Inc. and Weichert North America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2026, a true and correct copy of the foregoing document was served to all counsel of record by the CM/ECF System, by U.S. Mail, postage prepaid, or other acceptable means of service, as follows:

John Bricker
PO Box 144
New Buffalo, MI 49117
octovent@fastmail.fm
*Pro Se Plaintiff*

Mark J. Roule
Newby, Lewis, Kaminski & Jones, LLP
916 Lincolnway
La Porte, IN 46350
mjroule@nlkj.com
*Attorney for Defendants, Chris Redlarczyk and Redlarczyk Properties, LLC*

*/s/ Mark C. Correll*
Mark C. Correll

Law Offices of The Hanover Insurance Group Inc.
9229 Delegates Row, Suite 100
Indianapolis, IN 46240
317-208-5804
mcorrell@hanover.com