UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN BRICKER,<br><br>Plaintiff,<br>v.<br><br>WEICHERT REAL ESTATE AFFILIATES, INC.;<br>WEICHERT OF NORTH AMERICA, INC.;<br>MARY P. WELTY-MEYER, INDIVIDUALLY<br>DUNEGRASS PROPERTIES INC. D/B/A<br>WEICHERT REALTORS - MERRION GROUP;<br>CHRIS REDLARCZYK, INDIVIDUALLY, AND<br>REDLARCZYK PROPERTIES, LLC,<br><br>Defendants. | CAUSE NO. 3:26-cv-00702-DRL-SJF |

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

NOW COMES Defendant, Dunegrass Properties Inc. d/b/a Weichert Realtors, Merrion Group (here after "Dunegrass") by and through counsel, and responds to this Court's Order to Show Cause regarding the missed deadline in this matter and states as follows:

1) Counsel acknowledges that the Court's deadline of August 27, 2026 was not met.

2) The failure to comply with the deadline was not intentional, contumacious, or undertaken in bad faith. Rather, the missed deadline resulted from oversight.

a) As this Court knows, this Order was the last paragraph of an Order to a completely unrelated matter that was issued on August 17, 2026.

b) Counsel and his office miscommunicated in what needed to be calendared and completed with the Order regarding the Corporate Disclosure statement.

3) Upon discovering the oversight with the Court's Order at 5:38pm on September 3, 2026, counsel promptly took steps to remedy the issue by reaching out to his client first thing on September 4, 2026 and obtaining the corporate disclosure.

4) Counsel accepts responsibility for the missed deadline and respectfully apologizes to the Court for any inconvenience caused.

5) The delay has been limited in duration and has not substantially prejudiced any party to this litigation.

6) Counsel and Defendant have otherwise participated in this matter in good faith and have made reasonable efforts to comply with all court orders and procedural requirements.

7) Indiana courts generally reserve the imposition of sanctions for conduct demonstrating deliberate disregard of court authority, willful noncompliance, or conduct causing substantial prejudice. The circumstances presented here reflect an isolated instance of inadvertence rather than intentional misconduct.

8) The interests of justice would be better served by allowing the matter to proceed on its merits rather than imposing sanctions for what was an unintentional failure to meet a deadline.

9) Counsel has implemented measures within his office to ensure that similar issues do not recur.

WHEREFORE, Defendant respectfully requests that this Honorable Court discharge the Order to Show Cause, decline to impose sanctions, permit the late filing of corporate disclosure and grant any further relief the Court deems just and equitable.

Respectfully submitted,

______________________________
Mark C. Correll, #24836-49 IN
*Attorney for Defendants, Dunegrass Properties Inc. dba Weichert Realtors, Merrion Group, Mary P. Welty-Meyer, Weichert Real Estate Affiliates Inc. and Weichert North America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2026, a true and correct copy of the foregoing document was served to all counsel of record by the CM/ECF System, by U.S. Mail, postage prepaid, or other acceptable means of service, as follows:

John Bricker
PO Box 144
New Buffalo, MI 49117
octovent@fastmail.fm
*Pro Se Plaintiff*

Mark J. Roule
Newby, Lewis, Kaminski & Jones, LLP
916 Lincolnway
La Porte, IN 46350
mjroule@nlkj.com
*Attorney for Defendants, Chris Redlarczyk and Redlarczyk Properties, LLC*

*/s/ Mark C. Correll*
Mark C. Correll

Law Offices of The Hanover Insurance Group Inc.
9229 Delegates Row, Suite 100
Indianapolis, IN 46240
317-208-5804
mcorrell@hanover.com