**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

John Bricker

Plaintiff,

v.

Civil Action No.: 3:26−cv−00702−DRL−SJF
Judge Damon R Leichty

Weichert Real Estate Affiliates Inc, et al.

Defendant.

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

This notice is to inform you that a United States Magistrate Judge is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of final judgment, in accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the court's general orders regarding the assignment of cases. A judgment entered by a Magistrate Judge may be appealed directly to the United States Court of Appeals for the Seventh Circuit like any judgment of this court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

Consenting to a Magistrate Judge will ensure a speedier and more cost−effective resolution of your case. When parties consent to a Magistrate Judge, the same Judge will preside over the entire case from discovery and pretrial matters through trial. Magistrate Judges do not have the same scheduling restrictions as the District Judges, who are bound by law to prioritize the adjudication of criminal cases. Because of the volume of criminal cases in this district, your case can experience delay, which can result in cost increase, before it can be adjudicated by the District Judge. Magistrate Judges, on the other hand, can more easily accommodate the parties' scheduling needs and provide a certain date for trial much closer in time to the case's filing.

The Magistrate Judges in our district were appointed to the bench after a highly competitive selection process and have extensive experience, diverse backgrounds and strong ties to our community. For more information about the Magistrate Judge assigned to your case, please read the Judge's biography on the Court's website at https://www.innd.uscourts.gov/judges−information.

The court strongly encourages parties to consent to jurisdiction by a Magistrate Judge. You may, however, without adverse consequences, decline consent. If any party declines consent, the identity of the parties consenting or declining consent **will not** be communicated to any Magistrate Judge or District Judge.

**You must complete and return the attached Consent or Declination to Magistrate Judge Jurisdiction form within 21 days after receipt of this notice.** If the Consent Form is not returned within 21 days, the parties will be reminded of the return requirement by the Clerk's Office and will be given a 10−day extension which will be documented in a docket entry. Failure to return the Form within the 10−day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

John Bricker

Plaintiff,

v.

Civil Action No.: 3:26−cv−00702−DRL−SJF
Judge Damon R Leichty

Weichert Real Estate Affiliates Inc, et al.

Defendant.

## CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

I have read the Notice regarding the availability of a United States Magistrate Judge to exercise jurisdiction and **[select one of the following two options]**:

____ In accordance with 28 U.S.C. § 636(c), the party or parties listed below voluntarily consent(s) to the United States Magistrate Judge conducting all proceedings in this case, including entry of a final judgment and all post−judgment matters. Should this case be reassigned from one Magistrate Judge to another after a case is fully consented, then the undersigned may object within thirty (30) days of such reassignment.

**OR**

____ The party or parties listed below acknowledge(s) the availability of a United States Magistrate Judge but decline(s) to consent.

Parties: ______________________________________________________________________

______________________________________________________________________________

Dated: __________________ Signature of Party or Attorney: ________________________________

**NOTE: This Consent or Declination to Magistrate Judge jurisdiction form must be returned to the Clerk of Court within twenty−one (21) days of receipt.** If the Consent Form is not returned within the twenty−one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.

*Return this form to the appropriate division:*

Fort Wayne: *FWClerks@innd.uscourts.gov*
United States District Court
Northern District of Indiana
1300 S. Harrison St.
Fort Wayne, IN 46802

Hammond or Lafayette: *HMDClerks@innd.uscourts.gov*
United States District Court
Northern District of Indiana
5400 Federal Plaza, Suite 2300
Hammond, IN 46320

South Bend: *SBClerks@innd.uscourts.gov*
United States District Court
102 Federal Building
204 S. Main St.
South Bend, IN 46601