IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN BRICKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: 3:26-cv-00702-DRL-SJF |
| v. | ) |
| | ) |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC. | ) |
| | ) |
| Defendants. | ) |

**WAIVER OF THE SERVICE OF SUMMONS**

To: __John Bricker______

I have received your request to waive service of a summons in this action along with a copy of the Amended complaint.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from October 14, 2026, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: __October 21, 2026_______

/s/*Mark J. Roule*
*Signature of the attorney or unrepresented party*

Redlarczyk Properties LLC
*Printed name of party waiving service of summons*

**NEWBY, LEWIS, KAMINSKI & JONES, LLP**
Mark J. Roule, #23726-46
Attorney for Defendant,
Chris Redlarczyk and Redlarczyk Properties LLC
916 Lincolnway
La Porte, IN 46350
Ph: (219) 362-1577
mjroule@nlkj.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN BRICKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No: 3:26-cv-00702-DRL-SJF |
| v. | ) | |
| | ) | |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I CERTIFY that I have on this ____ day of October, 2026, served a copy of the foregoing Document and this Proof of Service with the Clerk of the Court CM/ECT to the following counsel for the Co-Defendants at:

Mark C. Correll #24836-49
9229 Delegates Row, Suite 100
Indianapolis, IN 46240
mcorrell@hanover.com

Additionally, I CERTIFY that I have on this ____ day of October, 2026, served a copy of the foregoing Document via USPS mail and e-mail to the Plaintiff at:

John Bricker, Plaintiff, pro se
PO Box 144
New Buffalo, MI 49117
octovent@fastmail.fm

Dated this ____ day of October, 2026.

/s/ Mark J. Roule
Mark J. Roule, #23726-46