**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JOHN BRICKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. |
| v. | ) | 3:26-cv-00702-DRL-SJF |
| | ) | |
| WEICHERT REAL ESTATE AFFILIATES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

FILED - NOV 03, 2026 - PM02:34
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta - Clerk

**NOTICE OF FILING DISCOVERY MATERIALS**
**(N.D. Ind. L.R. 26-2(a)(2)(A))**

Because this case involves a pro se party, "[a]ll discovery material ... must be filed." N.D. Ind. L.R. 26-2(a)(2)(A). Plaintiff John Bricker files the following:

Exhibit 1: Plaintiff's Objection to the Weichert Defendants' Premature Discovery Requests, served November 3, 2026.

Exhibit 2: Plaintiff's First Requests for Production of Documents to the Weichert Corporate Defendants (Weichert Real Estate Affiliates, Inc. and Weichert of North America, Inc.), delivered November 3, 2026 under Fed. R. Civ. P. 26(d)(2) and considered served at the parties' first Rule 26(f) conference, Fed. R. Civ. P. 26(d)(2)(B).

Exhibit 3: Plaintiff's First Requests for Production of Documents to Defendants Dunegrass Properties Inc. d/b/a Weichert Realtors–Merrion Group and Mary P. Welty-Meyer, delivered November 3, 2026 under Fed. R. Civ. P. 26(d)(2) and considered served at the parties' first Rule 26(f) conference, Fed. R. Civ. P. 26(d)(2)(B).

Dated: November 3, 2026

Respectfully submitted,

John Bricker, Plaintiff, pro se
P.O. Box 144
New Buffalo, MI 49117
(269) 612-8946
octovent@fastmail.fm

**CERTIFICATE OF SERVICE**

I certify that on November 3, 2026, I served a copy of this document by first-class U.S. Mail, postage prepaid, on:

Mark C. Correll, Law Offices of The Hanover Insurance Group Inc., 9229 Delegates Row, Suite 100, Indianapolis, IN 46240 (counsel for the Weichert Defendants)

Mark J. Roule, Newby, Lewis, Kaminski & Jones, LLP, 916 Lincolnway, La Porte, IN 46350 (counsel for the Redlarczyk Defendants)

As a courtesy only, I also emailed a copy to mcorrell@hanover.com and mjroule@nlkj.com. Email is not the method of service.

John Bricker