IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN BRICKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: 3:26-cv-00702-DRL-SJF |
| v. | ) |
| | ) |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CHRIS REDLARCZYK'S AND DEFENDANT REDLARCZYK PROPERTIES, LLC'S STATUS REPORT TO THE COURT**

Come now Defendants Chris Redlarczyk and Redlarczyk Properties, LLC (hereafter "Chris Redlarczyk" and "Redlarczyk Properties"), by counsel, and submit this status report pursuant to the Court's ORDER of October 6, 2026, stating as follows:

**(1) Nature of the case and principal factual and legal issues:**

Plaintiff was a commercial tenant of real estate owned by Redlarczyk Properties from approximately 2009 to 2024. Near the end of the landlord/tenant relationship, Redlarczyk Properties allowed Plaintiff to occupy its property for multiple months, despite Plaintiff's failure to pay any rent. Redlarczyk Properties, by its owner Chris Redlarczyk, did not initiate eviction. Rather, Plaintiff was repeatedly requested to vacate and eventually did so.

Plaintiff executed a separate commercial lease with a new landlord, Lakeside Associates, LLC. Lakeside Associates, LLC filed suit for eviction against Plaintiff in LaPorte County Superior Court 4, small claims court case number 46D04-2404-EV-000564. The actions of other Co-Defendants relating to the eviction appear to form the primary basis of Plaintiff's claims herein.

Chris Redlarczyk and Redlarczyk Properties were uninvolved with the eviction and underlying circumstances. Upon request of plaintiff in the eviction matter, Chris Redlarczyk provided a written statement to the court in matter 46D04-2404-EV-000564. The statement, authored for the express purpose of submission in litigation, was attached as an exhibit to a motion that was filed in the pending litigation.

Plaintiff now alleges that Chris Redlarczyk and/or Redlarczyk Properties committed defamation, civil conspiracy, and tortious interference with prospective business advantage.

Chris Redlarczyk and Redlarczyk Properties deny Plaintiff's claims, which are unsupported by fact or law. Among other failures, Plaintiff's claims against these Defendants fail to state a claim upon which relief can be granted.

**(2) Status of service of Parties, or any dismissals:** Chris Redlarczyk and Redlarczyk Properties were never served with Plaintiff's Amended Complaint. These Defendants filed waiver of service forms on or about October 21, 2026. Pursuant to Fed. R. Civ. P. 12 and Fed. R. Civ. P. 6(a)(1)(c) their responses are due on or before December 14th, 2026.

**(3) Anticipated discovery:** A Fed. R. Civ. P. 26(f) conference has not yet occurred. Chris Redlarczyk and Redlarczyk Properties anticipate engaging in written discovery and engaging

in five (5) or fewer depositions. These Defendants request a fact discovery period of at least six months be granted upon issuance of a Scheduling Order pursuant to Fed. R. Civ. P. 16(b).

**(4) Amendments to pleadings**: Chris Redlarczyk and Redlarczyk Properties propose a deadline to amend pleadings of 60 days after all Defendants have answered the Complaint.

**(5) Anticipated motions:** Chris Redlarczyk and Redlarczyk Properties anticipate filing motions to dismiss and/or motions for summary judgment.

**(6) Deadlines for dispositive motions:** Chris Redlarczyk and Redlarczyk Properties request that the deadline for filing dispositive motions be 120 days prior to any trial date.

**(7) Settlement status:** No aspects of this case have been stipulated or settled. Chris Redlarczyk and Redlarczyk Properties are not presently certain whether mediation in this matter would be beneficial.

**(8) Litigation under the Court's Consent Procedure:** Based on filings of other Parties herein, not all Parties consent to the use of a Magistrate Judge under 28 U.S.C. § 636(c).

Respectfully submitted,

**NEWBY, LEWIS, KAMINSKI & JONES, LLP**

By: /s/ *Mark J. Roule*
Mark J. Roule, #23726-46
Attorney for Defendants
Chris Redlarczyk and Redlarczyk Properties LLC
916 Lincolnway
La Porte, IN 46350
Ph: (219) 362-1577
mjroule@nlkj.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN BRICKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: 3:26-cv-00702-DRL-SJF |
| v. | ) |
| | ) |
| WEICHERT REAL ESTATE AFFILIATES, INC.; WEICHERT OF NORTH AMERICA, INC.; MARY P. WELTY-MEYER, individually; DUNEGRASS PROPERTIES, INC. d/b/a WEICHERT REALTORS – MERRION GROUP; CHRIS REDLARCZYK, individually; And REDLARCZYK PROPERTIES, LLC. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I CERTIFY that I have on this 6th day of November, 2026, served a copy of the foregoing Document and this Proof of Service with the Clerk of the Court CM/ECT to the following counsel for the Co-Defendants at:

Mark C. Correll #24836-49
9229 Delegates Row, Suite 100
Indianapolis, IN 46240
mcorrell@hanover.com

Additionally, a copy was mailed via first class United States Mail, proper postage affixed, to Plaintiff John Bricker, *pro se*, at the following address:

John Bricker
P.O. Box 144
New Buffalo, MI 49117

A courtesy copy was also delivered to John Bricker by email: octovent@fastmail.fm

Dated this 6th day of November, 2026. /s/ Mark J. Roule

Mark J. Roule, #23726-46