**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| JOHN BRICKER,<br><br>Plaintiff,<br><br>v.<br><br>WEICHERT REAL ESTATE AFFILIATES INC, et al.,<br><br>Defendants. | CASE NO. 3:26-CV-702-DRL-SJF |

**ORDER**

In accordance with Rule 16 of the Federal Rules of Civil Procedure, this cause is now set for a **Telephonic Rule 16 Preliminary Pretrial Conference** before Magistrate Judge Scott J. Frankel, to be held on **December 2, 2026, at 10:00 a.m.** (E.T.). Parties and/or counsel for the parties are required to participate.

To connect to the conference, parties should dial 833-568-8864, enter meeting ID number 160 4237 7854#, push # to skip entry of a participant ID and enter passcode 356255# at least five minutes before the conference start time.

At the conference, the parties and counsel shall be prepared to address the following:

1. The topics listed at Federal Rule of Civil Procedure 16(b) and (c) and the parties' respective written status reports. [DEs 31, 32, and 37]. At the conference, it is anticipated that the Court will approve or modify deadlines and other proposals from the parties in their respective status reports.

2. Consideration of the various forms of Alternative Dispute Resolution ("ADR") available[1] to include mediation. If mediation is selected, the parties shall identify the mediator and in the event counsel cannot agree on a mediator, then the Court will make the selection. Counsel may review the list

[1]The parties' attention is specifically directed to the Court's ADR Pamphlet (1/96) located at the Court's website.

of mediators located on the Court's website at *innd.uscourts.gov*, under *Info/Forms*, prior to the preliminary pretrial conference.

The Court also acknowledges Plaintiff's John Bricker's Objection to Weichert Defendants Premature Discovery Requests. [*See* DE 35]. In this filing, Mr. Bricker explains that Defendants Weichert Real Estate Affiliates, Inc., Weichert of North America, Inc., Mary P. Welty-Meyer, and Dunegrass Properties, Inc. ("the Weichert Defendants") served their First Interrogatories and First Requests for Production on him September 2, 2026. But, as Mr. Bricker argues in this filing, Federal Rule of Civil Procedure 26(d) generally prohibits parties from "seek[ing] discovery from any source before the parties have conferred as required by Rule 26(f)." Fed. R. Civ. P. 26(d); *see also Roche Diagnostics Corp. v. Med. Automation Sys., Inc.*, No. 1:10-cv-01718-SEB-DML, 2011 WL 130098, at *3 (S.D. Ind. Jan. 14, 2011). The Court will thus **ORDER** that the Weichert Defendants' discovery requests be considered served as of December 2, 2026—the date of the planning conference set by this order. Moreover, as these discovery requests have not been filed on the Court's docket, the parties are **REMINDED** of the obligation to file all discovery on the Court's docket under N.D. Ind. L.R. 26-2(a)(2)(A). The Weichert Defendants are therefore **ORDERED** to file these discovery requests on the Court's docket by **December 2, 2026**.

Mr. Bricker has likewise filed his own discovery requests. [*See* DE 33 Plaintiff's First Requests for Production of Documents to Defendants Dunegrass Properties Inc d/b/a Weichert Realtors-Merrion Group and Mary P. Welty-Meyer; and DE 34 Plaintiff's First Request for Production of Documents to the Weichert Corporate

Defendants]. As Mr. Bricker suggests in a separate filing, these discovery requests will also be deemed served as of December 2, 2026, the date of the planning conference set by this order. [*see* DE 36].

**SO ORDERED** this 9th day of November 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge